UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAN HOANG, <br><br>                    Plaintiff, <br><br>       v. <br><br> CAROLYN W. COLVIN <br> Acting Commissioner of Social Security, <br><br>                    Defendant. | No.  4:16-CV-05063-EFS <br><br> **ORDER GRANTING PARTIES' STIPULATED MOTION FOR REMAND** <br><br> **JUDGMENT: REVERSED AND REMANDED** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Remand, ECF No. 11. The parties are asking the Court to remand the case back to the Administrative Law Judge (ALJ) pursuant to 42 U.S.C. § 405(g). That section states in relevant part, "The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. 405(g). The parties seek remand for ALJ to reevaluate the following:

> Plaintiff's allegations of symptoms and limitations, especially those related to Plaintiff's ability to stoop and, in so doing, the ALJ will consider all the opinion evidence, including Dr. Hipolito's opinion from June and September of 2014; the ALJ will reassess Plaintiff's residual functional capacity; the ALJ will reevaluate the description of Plaintiff's past relevant work, considering

ORDER - 1

>       whether it is a composite job or whether there are
>       differences in how it is generally versus actually
>       performed, and the ALJ will reevaluate whether Plaintiff
>       could still perform her past relevant work; if needed, the
>       ALJ will obtain supplemental vocational evidence; and the
>       ALJ will proceed to step five, as necessary.

ECF No. 11. The Court agrees, and remands this case for further proceedings.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The parties' Stipulated Motion for Remand, **ECF No. 11**, is **GRANTED**.

2.  Pursuant to 42 U.S.C. § 405(g), the ALJ's August 22, 2014 decision is **REVERSED** and this matter is **REMANDED** to the Social Security Administration for further proceedings consistent with the parties' stipulation.

3.  All pending motions are **DENIED AS MOOT.**

4.  All hearings and other deadlines are **STRICKEN.**

5.  **JUDGMENT** is to be entered in the Plaintiff's favor.

6.  An application for attorney fees may be filed by separate motion.

7.  The case shall be **CLOSED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Judgment Order and provide copies to all counsel and to the Social Security Administration.

**DATED** this  27th  day of July 2016.

                    _____s/Edward F. Shea_____
                            EDWARD F. SHEA
                    Senior United States District Judge

Q:\EFS\Civil\2016\Hoang;16-CV-5063.Stip.Remand.LC1.docx

ORDER **-** 2