# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LAN HOANG

*Plaintiff*

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

*Defendant*

Civil Action No. 4:16-CV-05063-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The parties' Stipulated Motion for Remand is GRANTED. Pursuant to 42 U.S.C. 405(g), the ALJ's August 22, 2014, decision is REVERSED and this matter is REMANDED to the Social Security Administration for further proceedings consistent with the parties' stipulation. Judgment is to be entered in the Plaintiff's favor.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Shea   on a motion for Remand.

Date:  July 27, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy